```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
VERNON BAGBY,                           :
                                        :
              Petitioner,               :    02 Civ. 4663 (JSR)
                                        :
         -v-                            :    ORDER
                                        :
ATTORNEY GENERAL OF THE STATE OF NEW    :
YORK,                                   :
                                        :
              Respondent.               :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By Order dated December 12, 2007, the Court of Appeals found that petitioner's death rendered his habeas petition moot, see Krantz v. United States, 224 F.3d 125, 127 (2d Cir. 2000), and remanded the case to this Court. Petitioner's case is therefore dismissed as moot.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          April 17, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08